IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE LINWOOD GROUP, LLC,       ) | |
| )                                                  | |
| Plaintiff,          ) | |
| ) | |
| v.                                                 ) | Case No. 10-1297-MLB |
| ) | |
| LP LINWOOD VILLAGE APARTMENTS, ) | |
| LLC, et al.,                                 ) | |
| ) | |
| Defendants.   ) | |
| _____) | |

## ORDER VACATING SCHEDULING ORDER

A telephone status conference was conducted on January 25, 2011. Appearing for plaintiff were Ryan Peck and Maren Ludwig. Appearing for defendants were Eric Barth and Laurence Pinkerton.

The notice of Maaco Properties' filing of bankruptcy in the W.D. Oklahoma on November 2, 2010 was discussed. (See Doc. 21). Counsel for plaintiff advised they intend to seek relief from the automatic stay of bankruptcy by January 29, 2011. Consistent with that, all counsel agree that the scheduling order should be vacated pending an order granting relief from the stay.

Being fully advised in the premises, the court ORDERS that the scheduling order in this case shall be STAYED for ninety (90) days or until counsel notify the court that the order granting relief from the stay has been obtained. When the order granting relief from the stay

1

is obtained, counsel shall consult with each other and provide their proposed revisions to the scheduling order. This can be done by email communication to the chambers of the undersigned judge.

IT IS SO ORDERED.

Dated this 25th day of January, 2011, at Wichita, Kansas.

                                 S/ Karen M. Humphreys
                                 _____
                                 KAREN M. HUMPHREYS
                                 U.S. Magistrate Judge